# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CR 58-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs.  ) | ORDER |
| ) | |
| HEATHER MASSEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to an Unopposed Motion for Continued Release and Request for Detention Hearing (#95) filed by counsel for Defendant. In the motion, Defendant requests that she be allowed to be continued to be released on terms and conditions of pretrial release after she has completed treatment at the Swain Recovery Center. At the call of this matter on for hearing, it appeared that Defendant was present with her counsel and the Government was present through AUSA Dan Bradley. Mr. Bradley, on behalf of the Government, advised that the Government did not object to Defendant's motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion for Continued Release and Request for Detention Hearing (#95) is **ALLOWED** and Defendant is released on terms and conditions of pretrial release that has been entered on July 31, 2017.

Signed: August 5, 2017

*Dennis L. Howell* 

Dennis L. Howell
United States Magistrate Judge